AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

ANGEL BERROCAL,

                Plaintiff,

V.

SECRETARY OF DEPARTMENT OF
HEALTH AND HUMAN SERVICES OF
THE UNITED STATES,

                Defendant.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 10-2226 (WJM)

      Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

      IT IS ORDERED that the application is:

      X GRANTED and

      X The clerk is directed to file the complaint, and

      X IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

      __ DENIED, for the following reasons:

_____
_____
_____

On this 7th day of May, 2010

                              WILLIAM J. MARTINI, U.S.D.J.

Plaintiff may submit a filing fee of $350.00 within 30 days of this Order to reopen this case.